UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Robert Slipka,

        Plaintiff,

v.                                  Civil No. 10-381 (JNE/JJK)
                                  ORDER

Chase Home Finance, LLC,

        Defendant.

In a Report and Recommendation dated February 28, 2011, the Honorable Jeffrey J. Keyes, United States Magistrate Judge, recommended that Defendant's Motion for Summary Judgment be granted, that Plaintiff's Motion to Compel and 56(f) Motion for a Continuance be denied, and that Plaintiff's complaint be dismissed with prejudice. Plaintiff objected to the Report and Recommendation, and Defendant responded to that objection. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 61]. Therefore, IT IS ORDERED THAT:

    1.    Plaintiff's complaint is DISMISSED WITH PREJUDICE.

    2.    Defendant's Motion for Summary Judgment [Docket No. 37] is GRANTED.

    3.    Plaintiff's Motion to Compel and 56(f) Motion for a Continuance [Docket No. 47] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 8, 2011

                                                        s/ Joan N. Ericksen
                                                        JOAN N. ERICKSEN
                                                        United States District Judge